UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD B. ROBERTS,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED PARCEL SERVICE,<br><br>            Defendant. | NO. C16-1812-RSL<br><br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, the governing law, and the balance of the record, hereby ORDERS as follows:

(1)  The Report and Recommendation is ADOPTED and APPROVED;

(2)  This action is DISMISSED without prejudice;

(3)  The Clerk of the Court is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 24th day of March, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1